Abel Acosta, Clerk
Clerk of the court
Austin TX 78711

July 9 · 2015

64,869-03

Re Andrew T. Kemp
1172896
938 Fm 1673
Snyder TX 79549

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 13 2015

Abel Acosta, Clerk

CASE NO. 1172896-D

Greetings Dear Clerk:

In the above styled and cause number on June 18. 2015 I Recived from your office notice that my Application for writ of Habeas Corpus writ 11.07 was denied, "Texas Rules of Appellate Procedure 73.1. I'm Requesting of your Reply to indicate for me the definition of the code 73.1 And to the extent how it was disqualified my Application for writ of Habeas Corpus.

C.C.

Andrew T. Kemp
1172896